Jared S. Dahle
J. Andrew Person
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
jsdahle@garlington.com
japerson@garlington.com

*Attorneys for Defendants*

Matthew B. Lowy, Child Welfare Law Specialist (NACC)
Kai N. Puhrmann
Lowy Law, P.L.L.C.
2419 Mullan Rd, Suite B
Missoula, Montana 59808
(406) 926-6500
Documents@LowyLawFirm.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION**

| | |
|---|---|
| LAWRENCE WEINBERGER<br><br>    Plaintiff,<br><br>    v.<br><br>911 DATAMASTER, INC., a Kansas corporation, SCOTT KREHBIEL, individually, ERIC REGNIER, individually, JOHN DOES I-XX, and ABC CORPORATIONS I-XX,<br><br>    Defendants. | Case No. CV 18-134-DWM<br><br>**JOINT STATEMENT OF STIPULATED FACTS** |

    Counsel for both parties submit the following Joint Statement of Stipulated Facts pursuant to Local Rule 16.2(b)(3).

1. 911 Datamaster, Inc., is a corporation organized and existing under the laws of the state of Kansas, with its principal place of business located in Overland Park, Kansas.

2. Scott Krehbiel ("Krehbiel") is President and CEO of 911 Datamaster, Inc., and is a citizen of the state of Kansas.

3. Eric Regnier ("Regnier") is Executive Vice President of 911 Datamaster, Inc., and is a citizen of the state of California.

4. Larry Weinberger ("Weinberger") was a citizen of Montana at all relevant times when he was employed by 911 Datamaster.

5. For five-plus years, Weinberger was a software developer for 911 Datamaster.

6. Mr. Weinberger agreed to work for 911 Datamaster as a consultant and then later agreed to work for 911 Datamaster as an employee.

7. The amount in controversy in this case exceeds $75,001.

Dated this 18th day of October, 2018.

/s/ Jared S. Dahle
Attorneys for Defendants

/s/ Kai N. Puhrmann
Attorneys for Plaintiff