IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

AUG 0 1 2019

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| LAWRENCE WEINBERGER, | CV 18–134–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| 911 DATAMASTER, INC., a Kansas corporation, SCOTT KREHBIEL, individually, ERIC REGNIER, individually, JOHN DOES I–XX, and ABC CORPORATIONS I–XX, | |
| Defendants. | |

Plaintiff Lawrence Weinberger has failed to comply with Local Rule 56.1(b)'s requirement to file a Statement of Disputed Facts in opposition to Defendants' motion for summary judgment. Accordingly,

IT IS ORDERED that Plaintiff shall file a Statement of Disputed Facts in compliance with Local Rule 56.1(b) on or before August 5, 2019. Failure to do so will be deemed an admission that the facts set forth in Defendants' Statement of Undisputed Facts (Doc. 25) are undisputed. L.R. 56.1(d).

DATED this ___day of August, 2019.

13:22 PM

Donald W. Molloy, District Judge
United States District Court