IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
AUG 28 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| LAWRENCE WEINBERGER, | CV 18–134–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| 911 DATAMASTER, INC., et al., | |
| Defendants. | |

On August 20, 2019, Defendants moved for Rule 11 sanctions against Plaintiff's counsel. (Doc. 58.) That motion, along with Defendants' previously filed motion for summary judgment (Doc. 23), is still pending. On August 27, 2019, Plaintiff's counsel moved to strike the motion for sanctions (Doc. 64) and moved to stay the response deadline pending resolution of the motion to strike and the motion for summary judgment (Doc. 65). However, the motion for sanctions is properly before the Court and requires a response. Accordingly,

IT IS ORDERED that Plaintiff's motion to strike (Doc. 64) and motion to stay (Doc. 66) are DENIED.

DATED this 28th day of August, 2019.

Donald W. Molloy, District Judge
United States District Court