IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LAWRENCE WEINBERGER, <br><br> Plaintiff, <br><br> vs. <br><br> 911 DATAMASTER, INC., a Kansas corporation, SCOTT KREHBIEL, individually, ERIC REGNIER, individually, JOHN DOES I-XX, and ABC CORPORATIONS I-XX, <br><br> Defendants. | CV-18-134-M-DWM <br><br> JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants consistent with the Court's Opinion and Order filed as Docket 71 on September 3, 2019.

    Dated this 26th day of September, 2019.

                                 TYLER P. GILMAN, CLERK

                                 By: /s/ Nicole Stephens
                                 Nicole Stephens, Deputy Clerk

